Isaiah Walker against the Newton Falls Paper Company.

PER CURIAM. Motion denied.

KELLOGG, J., not sitting.

---

WATT, Respondent, v. FELTMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 22, 1906.) Action by Edward Watt, an infant, by Alice Watt, his guardian ad litem, against Charles L. Feltman and Alfred Feltman. No opinion. Motion for reargument denied.

---

WEEKS, Appellant, v. CITY OF MIDDLE-TOWN, Respondent. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Benjamin F. Weeks against the city of Middletown. No opinion. Motion for reargument denied.

---

WEEKS v. COE. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) In the matter of judgment moneys recovered in action of Count W. Weeks against E. Holloway Coe, as executor, etc., of E. Frank Coe, deceased, defendant.

PER CURIAM. Order reversed, and motion granted, without costs.

HIRSCHBERG, P. J., dissents.

---

WEIL et al., Respondents, v. BAUER, Appellant. (Supreme Court, Appellate Division, First Department. March 23, 1906.) Action by James Weil and another against Ulrike Bauer. K. C. McDonald, for appellant. D. J. Callert, for respondents. No opinion. Judgment affirmed, with costs.

---

WELLS, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Henry E. Wells against the Metropolitan Street Railway Company. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the evidence presented a question of fact that ought to have been submitted to the jury.

---

WELLS, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Sarah Ann Wells against the Metropolitan Street Railway Company. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the evidence presented a question of fact that ought to have been submitted to the jury.

---

WHITE v. DAVENPORT et al. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Josiah J. Whit against William B. Davenport and others. N opinion. Motion denied.

---

WHITE et al., Respondents, v. WHITI Appellant. (Supreme Court, Appellate Divisio Fourth Department. March 21, 1906.) Actio by Horace White and others against Howar G. White. No opinion. Motion to dismiss a peal granted, with $10 costs, unless the appe lant shall, within 30 days from the date c service of a copy of this order, together wit notice of entry thereof, file and serve th printed papers on appeal, as provided by rul 41, and pay to the respondent's attorneys $1 costs of this motion, in which event said motio is denied, without costs.

---

In re WHYARD, Justice of the Peace. (Su preme Court, Appellate Division, Second De partment. January 26, 1906.) In the matte of the application for the removal from offic of William W. Whyard, a justice of the peac of the town of Orangetown, Rockland count N. Y. No opinion. Motion to dismiss denie and proceedings referred to Hon. John J Beattie, Warwick, N. Y., to hear and report with his opinion.

---

WILCOX, Respondent, v. NEW YOR CENT. & H. R. R. CO., Appellant. (Suprem Court, Appellate Division, Fourth Department January 17, 1906.) Action by Alice Wilco against the New York Central & Hudson Rive Railroad Company. No opinion. Motion fo leave to appeal to the Court of Appeals granted

---

WILKE, Appellant, v. WRIGHT et al Respondents. (Supreme Court, Appellate Di vision, Second Department. March 2, 1906. Action by Rosalie A. Wilke against Edmun H. Wright, John H. Vought, and William G Ver Planck, as substituted trustees of the trus created for Annie M. Vought under the will o Hosea Webster, deceased. No opinion. Inter locutory judgment affirmed, with costs.

---

WILLIAMS, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Ap pellate Division, Second Department. March 16, 1906.) Action by Edna A. Williams, ar infant, etc., against the city of New York and the New York Building Loan Banking Com pany. No opinion. Order modified, by requir ing as a condition of the amendment the payment by the plaintiff of the trial fee of $30 and the disbursements of the defendant on the trial, with $10 costs of the motion, and, as modified, affirmed, without costs.

---

WILSON, Respondent, v. NEW YORK MILK PRODUCTS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department